## BEFORE THE
## UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | MDL No. 3071 |

## WITHDRAWAL OF FILING

On May 16, 2023, the attached Notice of Withdrawal of Counsel and Exhibit A was filed in error. Dkt. 219. We are withdrawing this filing.

Dated: May 17, 2023  Respectfully Submitted,

/s/ Tiffany L. Lee
Tiffany Lee, WSBA 51979
TiffanyLee@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000

*Counsel for Defendants Essex Property Trust, Inc. and Essex Management Corporation*

157278908.1

- 2 -

## CERTIFICATE OF SERVICE

    I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 17, 2023.

*/s/ Tiffany L. Lee*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (No. II) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br><br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00332<br>3:23-cv-00333<br>3:23-cv-00334<br>3:23-cv-00336<br>3:23-cv-00338<br>3:23-cv-00339<br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00387<br>3:23-cv-00388<br>3:23-cv-00389 |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.01(g), I, Tiffany L. Lee of Perkins Coie LLP, hereby notify this Court that I am withdrawing as co-counsel for Defendants Essex Property Trust, Inc. and/or Essex Management Corporation ("Defendants") in the above-referenced cases – originally filed in the Western District of Washington where I appeared as local counsel. Defendants will continue to be represented by co-counsel Leo D. Caseria and Helen C. Eckert with the law firm of Sheppard Mullin Richter & Hampton LLP, and Arman Oruc with the law firm of Goodwin Procter LLP. A copy of the notice in compliance with LR83.01 is attached as Exhibit A.

-2-

Dated: May 16, 2023               Respectfully Submitted,

*/s/ Tiffany L. Lee*
Tiffany Lee, WSBA 51979
TiffanyLee@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000

*Counsel for Defendants Essex Property Trust, Inc. and Essex Management Corporation*

162029932.1

-3-

## **CERTIFICATE OF SERVICE**

      Pursuant to paragraph 9 of the Court's Practice and Procedures Notice entered April 19, 2023 (Doc. 2), I certify that counsel of record who are registered for CM/ECF filing will be served electronically with this filing on May 16, 2023.

                                                                 */s/ Tiffany L. Lee*

-3-

# Exhibit A

| | |
|---|---|
| **From:** | Anne Morrison <AMorrison@essex.com> |
| **Sent:** | Tuesday, May 2, 2023 10:49 AM |
| **To:** | Lee, Tiffany (SEA) |
| **Cc:** | Brandy Scheanwald |
| **Subject:** | RE: Realpage lawsuits |

Thank you.

**From:** Lee, Tiffany (SEA) <TiffanyLee@perkinscoie.com>
**Sent:** Tuesday, May 2, 2023 10:12 AM
**To:** Anne Morrison <AMorrison@essex.com>
**Subject:** RE: Realpage lawsuits

**EXTERNAL:** Do not open links or attachments unless you know the sender is legitimate and the contents are safe.

Thank you Anne.

I hereby am providing you notice under LR83.01(g) of the M.D. Tennessee Local Rules that I plan to withdraw from the matter as attorney of record. Pursuant to the local rules, I will file this notice in 14 days.

Kind Regards,

**Tiffany L. Lee | Perkins Coie LLP**
COUNSEL
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3304
F. +1.206.359.4404
E. TiffanyLee@perkinscoie.com

**From:** Anne Morrison <AMorrison@essex.com>
**Sent:** Tuesday, May 2, 2023 9:43 AM
**To:** Lee, Tiffany (SEA) <TiffanyLee@perkinscoie.com>
**Subject:** Realpage lawsuits

Tiffany,

As you know, the Realpage Antitrust Class Action Litigation has been transferred to the M.D. Tennessee. As we retained you as local counsel for the W.D. Washington cases, we are no longer in need of your services and you may withdraw as counsel of record for Essex.

Kind regards,

Anne

**Anne Morrison** | Senior Vice President, General Counsel

1

**Essex Property Trust, Inc.**

1100 Park Place, Suite 200
San Mateo, CA 94403
Phone 650.655.7932

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.